# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1701
_____

United States of America

*Plaintiff - Appellee*

v.

Heather Valentine Simmons

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: October 6, 2021
Filed: October 14, 2021
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Heather Simmons appeals the sentence the district court[1] imposed after she pled guilty to a drug offense. Her counsel has moved to withdraw and has filed a

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.  Simmons has also filed a pro se motion seeking appointment of new counsel.

After careful review, we conclude the district court did not abuse its discretion in sentencing Simmons.  *See United States v. Brown*, 992 F.3d 665, 673 (8th Cir. 2021) (standard of review).  We have also considered the issues raised in Simmons's pro se motion and conclude appointment of new counsel is not warranted. Furthermore, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.  Accordingly, we deny Simmons's pro se motion, grant counsel leave to withdraw, and affirm.

_____